UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANAGIOTIS KASSERIS, individually and on behalf of all other similarly situated employees,

　　　　　　　　　　Plaintiff,

-against-

ZA & D SERVICE STATION INC.,

　　　　　　　　　　Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/2/2023_
```

23 Civ. 1116 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　On February 9, 2023, Plaintiff filed a complaint. ECF No. 1. Plaintiff did not file a civil cover sheet along with his complaint.[1] On February 21, 2023, via email, the Court directed Plaintiff to file a civil cover sheet by February 24, 2023. On February 27, 2023, the Court again directed Plaintiff to file a civil cover sheet by March 1, 2023. Plaintiff has not complied with the Court's directives. Accordingly, by **March 6, 2023**, Plaintiff shall file a civil cover sheet on the docket.

　　SO ORDERED.

Dated: March 2, 2023
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020221101%20FINAL.pdf.