USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANAGIOTIS KASSERIS, individually and on behalf of all other similarly situated employees,

      Plaintiff,

-against-

ZA & D SERVICE STATION INC.,

      Defendant.

23 Civ. 1116 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On March 7, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by July 10, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **July 25, 2023**, the parties shall file their joint letter and proposed case management plan.

  In addition, according to the docket, Plaintiff has not served Defendant. By **July 18, 2023**, Plaintiff shall update the Court on the status of his service efforts.

  SO ORDERED.

Dated: July 11, 2023
   New York, New York

                   _____
                   ANALISA TORRES
                 United States District Judge