```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANAGIOTIS KASSERIS, individually and on behalf of all other similarly situated employees,

        Plaintiff,

-against-

ZA & D SERVICE STATION INC.,

        Defendant.

23 Civ. 1116 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 11, 2023, the Court ordered Plaintiff to update the Court on the status of his service efforts by July 18, 2023. ECF No. 7. Plaintiff's submission is overdue. Accordingly, by **July 25, 2023**, Plaintiff shall file the status update.

    SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                  ANALISA TORRES
                              United States District Judge