```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANAGIOTIS KASSERIS, individually and on behalf of all other similarly situated employees,

          Plaintiff,

-against-

ZA & D SERVICE STATION INC.,

          Defendant.

23 Civ. 1116 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by July 10, 2023. ECF No. 6. On July 11, 2023, the Court extended the parties' deadline to file their submissions to July 25, 2023. ECF No. 7. The parties have not made their submissions.

    In addition, on July 11, 2023, the Court ordered Plaintiff to update the Court on the status of his service efforts by July 18, 2023. *Id.* On July 19, 2023, the Court gave Plaintiff until July 25, 2023, to submit his overdue status update. ECF No. 8. Plaintiff has failed to meet that deadline.

    Accordingly, by **August 2, 2023**, Plaintiff shall file a status letter on the docket informing the Court of (1) the status of Plaintiff's service efforts on Defendant and (2) how Plaintiff would like to proceed with this action.[1] Failure to comply with the Court's orders shall result in dismissal of this action for failure to prosecute. Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: July 26, 2023
       New York, New York

                              ANALISA TORRES
                            United States District Judge

---

[1] Because Defendant has not yet appeared in this action, the Court shall ADJOURN the parties' deadline to file a joint letter and proposed case management plan *sine die*.