```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANAGIOTIS KASSERIS, individually and on behalf of all other similarly situated employees,

           Plaintiff,

-against-

ZA & D SERVICE STATION INC.,

           Defendant.

23 Civ. 1116 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 18, 2023, Defendant, ZA & D Service Station, Inc., filed a letter motion for leave to file a motion to change venue to the Eastern District of New York. ECF No. 17. Defendant states that both Plaintiff and Defendant are residents of Queens County, and Plaintiff's claims arise from events occurring in Queens County. *Id.* at 1 (citing ECF No. 13 ¶¶ 6–7). Plaintiff's counsel consents to the change of venue. *Id.* The Court determines further briefing is not necessary and accordingly GRANTS Defendant's request to change venue.

    The Clerk of Court is directed to (1) terminate the motion at ECF No. 17, and (2) transfer this action to the Eastern District of New York.

    SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                  ANALISA TORRES
                              United States District Judge